# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEAN WALSTON

NO. 2020 KW 1107

**NOVEMBER 10, 2020**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-17-0511.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to attach the portion of the trial transcript that includes C.H.'s testimony. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before 9:00 a.m., November 12, 2020. Any future filing on this issue should include the entire contents of this application, the missing item noted above, and a copy of this ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT